**Opinion filed December 16, 2010**



In The

# Eleventh Court of Appeals

_____

## No. 11-10-00286-CV

_____

## IN THE INTEREST OF B.W., A CHILD

**On Appeal from the County Court at Law**
**Midland County, Texas**
**Trial Court Cause No. FM 51,610**

**M E M O R A N D U M   O P I N I O N**

On October 7, 2010, the trial court signed a temporary order following an adversary hearing. Gerald Blace West filed a pro se notice of appeal.

The Texas Department of Family and Protective Services has filed a motion to dismiss on the grounds that the October 7 order is not appealable. The clerk of this court wrote West and directed him to respond to the motion to dismiss on or before December 6, 2010. West has not filed a response.

The October 7 order is a non-appeable interlocutory order. TEX. FAM. CODE ANN. § 105.001(e) (Vernon 2008); TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (Vernon 2008). The motion is granted, and the appeal is dismissed.

December 16, 2010                                        PER CURIAM

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.